UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD S. HAKMAT,  Plaintiff,  v.  CAROLYN W. COLVIN, Commissioner of Social Security,  Defendant. | No.  2:12-cv-1219 DAD  ORDER |

The Scheduling Order filed in this case on September 7, 2012, (Dkt. No. 6), required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record.  Defendant served a copy of the record upon plaintiff on June 10, 2013.  Nonetheless, plaintiff's motion for summary judgment and/or remand is now long overdue.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion for

/////

---

[1] Plaintiff has not notified the court of any request for voluntary remand submitted to the Office of the General Counsel.

1

1  summary judgment.²

2  Dated:  February 4, 2014

```
                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE
```

7  DAD:6
   Ddad1/orders.soc sec/hakmat1219.osc.pmsj.docx

---

² This is the third order to show cause issued in this action in response to plaintiff's failure to comply with an order of this court and failure to timely prosecute this action.  The court anticipates plaintiff's counsel will devote the necessary attention to this matter and that no further orders to show cause will be required.